# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEITH PAUL BIRD,

    Plaintiff(s),

v.

JULIE WILLIAMS, et al.,

    Defendant(s).

Case No. 2:24-cv-00120-JAD-NJK

**ORDER**

[Docket No. 22]

Pending before the Court is a stipulation to reopen and extend discovery deadlines. Docket No. 22. The stipulation indicates that Plaintiff requires additional time given a mass prisoner transfer and substitution of a defendant. Docket No. 22 at 4. The parties ask for another 180 days of discovery. *See id.* Sufficient justification exists to modify the case management deadlines, but not for another 180 days of discovery. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed, except that the referenced substitution request must be filed by October 25, 2024
- Discovery cutoff: January 3, 2025
- Discovery motions: January 17, 2025
- Dispositive motions: February 3, 2025
- Joint proposed pretrial order: March 5, 2025, or 30 days after resolution of dispositive motions

**The parties must use this time wisely, as the Court is not inclined to grant further extensions**.

IT IS SO ORDERED.

Dated: October 11, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1