# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL BIRD,<br><br>　　Plaintiff(s),<br><br>v.<br><br>JULIE WILLIAMS, et al.,<br><br>　　Defendant(s). | Case No. 2:24-cv-00120-JAD-NJK<br><br>**ORDER** |

On November 12, 2024, Plaintiff filed a second amended complaint. Docket No. 37. On November 14, 2024, Plaintiff filed another second amended complaint. Docket No. 38. The complaints are not identical copies, so the Court construes the most recent filing as something akin to an errata and will deem the second amended complaint at Docket No. 38 as the operative complaint.[1] To avoid confusion moving forward, the Court **STRIKES** the second amended complaint at Docket No. 37.

IT IS SO ORDERED.

Dated: December 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court notes that the defense has not filed a response to the second amended complaint. To the extent the defense may be awaiting another screening order, the Court makes clear herein that no such screening order will issue in this case. *See, e.g., Olausen v. Murguia*, 2014 WL 6065622, at *2-5 (D. Nev. Nov. 12, 2014).

1