# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL BIRD,<br>    Plaintiff(s),<br>v.<br>JULIE WILLIAMS, et al.,<br>    Defendant(s). | Case No. 2:24-cv-00120-JAD-NJK<br>**Order**<br>[Docket No. 45] |

Pending before the Court is Plaintiff's motion to compel discovery. Docket No. 45. Before filing a motion to compel, the movant must engage in a meet-and-confer with the opposing side. Fed. R. Civ. P. 37(a)(1). Although the manner of conferral is adjusted somewhat, this meet-and-confer requirement applies to *pro se* prisoner litigants. *See* Local Rule IA 1-3(f)(1). The instant motion does not certify that a meet-and-confer took place, so it is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: December 31, 2024

                                                                    Nancy J. Koppe<br>
                                                                    United States Magistrate Judge