UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL BIRD,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>JULIE WILLIAMS, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-00120-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 52] |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 52. Defendants did not file a response, so the motion may be deemed unopposed. *See* Local Rule 7-2(d). For good cause shown, the motion is **GRANTED**. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Discovery cutoff: July 11, 2025
- Discovery motions: July 25, 2025
- Dispositive motions: August 11, 2025
- Joint proposed pretrial order: September 9, 2025, or 30 days after resolution of dispositive motions

The parties must use wisely the extra time provided herein, as the Court is not inclined to extend discovery-related deadlines further.

IT IS SO ORDERED.

Dated: April 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1