AARON D. FORD
  Attorney General
HEIDI H. DEMERS, Bar No. 17034C
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: hdemers@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| IN RE KEITH PAUL BIRD CASES | FOR FILING IN:<br><br>Case No. 2:24-cv-00120-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
|---|---|

IT IS HEREBY STIPULATED by and between Interested Party, on behalf of the Defendants named in the above-references, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Keith Paul Bird, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of October 2025.   DATED this 15th day of October 2025.

AARON D. FORD
Attorney General

_____   /s/ Heidi H. Demers
Keith Paul Bird #84555   Heidi H. Demers, (Bar No. 17034C)
*Plaintiff, Pro Se*   *Attorneys for Interested Party NDOC*

## ORDER

Based on the parties' stipulation **[ECF No. 80]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION **(2:24-cv-120-JAD-NJK) IS DISMISSED with prejudice**, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

DATED _____December 1,_____, 2025.

_____
UNITED STATES DISTRICT JUDGE